# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

NIDIA HESTON, natural mother, legal   §
parent, and next friend of A.H.,   §
    *Plaintiffs*   §
  §
  §     **Case No. 1:21-cv-35-RP**
**v.**   §
  §
AUSTIN INDEPENDENT SCHOOL   §
DISTRICT and JENNIFER HARDISON,   §
    *Defendants*   §

## REPORT OF MEDIATOR AND ORDER FOR CLOSING DOCUMENTS

**TO:  THE HONORABLE ROBERT PITMAN**
      **UNITED STATES DISTRICT JUDGE**

The parties participated in mediation before this Magistrate Judge on August 22, 2024, and reached a settlement of all claims between them. The agreement contemplates that the parties will draft and execute a formal settlement agreement and present a proposed final judgment to the Court.

**IT IS ORDERED** that closing documents (a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41 signed by counsel for both parties) shall be filed by **September 27, 2024**. If no closing documents are filed, the Court may order dismissal of this action without further notice.

The Clerk is directed to serve a copy of this report and order on all parties.

**SIGNED** on August 22, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1